IN THE SUPREME COURT OF NORTH CAROLINA

 2021-NCSC-15

 No. 259A20

 Filed 12 March 2021

 PAMELA LAUZIERE, Employee

 v.

 STANLEY MARTIN COMMUNITIES, LLC, Employer, and AMERICAN ZURICH
 INSURANCE COMPANY, Carrier

 Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of

 the Court of Appeals, 844 S.E.2d 9 (N.C. Ct. App. 2020), reversing and remanding an

 opinion and award filed on 22 May 2018 by the North Carolina Industrial

 Commission. Heard in the Supreme Court on 16 February 2021.

 Lennon, Camak & Bertics, PLLC, by S. Neal Camak and Michael W. Bertics,
 for plaintiff-appellee.

 Lewis & Roberts, P.L.L.C., by Bryan L. Cantley and Mallory E. Lidaka, for
 defendant-appellants.

 PER CURIAM.

¶1 The Court of Appeals shall remand to the full Commission for further

 consideration in accordance with 11 N.C. Admin. Code 23A.0704 (2020). The full

 Commission shall review the award and as it deems necessary, reconsider the

 evidence, receive further evidence, rehear the parties or their representatives, and, if

 proper, amend the award.

 AFFIRMED.
 LAUZIERE V. STANLEY MARTIN CMTYS., LLC

 2021-NCSC-15

 Opinion of the Court

 Justice BERGER did not participate in the consideration or decision of this

case.